AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2024 DEC -3 PM 2:16

CLERK
BY _____ COC
DEPUTY CLERK

United States of America
v.
DARYN BARSALOU

Case No. 2:24-mj-132-1

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 27, 2024__ in the county of __Addison__ in the
_____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Having previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime, knowingly possesed, in and affecting commerce, a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Attested to by reliable electronic means
*Complainant's signature*

/s/ HSI Special Agent Joshua Otey
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__FaceTime__ (specify reliable electronic means)

Date: __December 3, 2024__

_____
*Judge's signature*

City and state: __Burlington, Vermont__   Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*