NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                            Case No. 2:24-mj-132-1

Daryn Barsalou

TAKE NOTICE that the above-entitled case has been scheduled at 02:00 p.m. on Wednesday, December 04, 2024 in Burlington, Vermont, before Honorable Kevin J. Doyle, Magistrate Judge, for an Initial Appearance.

Location: Courtroom 410                                  JEFFREY S. EATON, Clerk
                                                                      By: */s/ Emerson F. Howe*
                                                                       Deputy Clerk
                                                                       12/4/2024

TO:

Wendy L. Fuller, AUSA

Office of Federal Public Defender